1

**ANTHONY P. CAPOZZI, CSBN: 068525**
2
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
3
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
4
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
5
www.capozzilawoffices.com

6
ATTORNEY FOR Defendant,
JONATHEN LEYVA
7

8

9
**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
10
\* \* \* \* \* \*

11
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00431-LJO |
|---|---|
12
| Plaintiff, | **STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING** |
13
| v. | |
14
| JONATHEN LEYVA, | Date: **December 22, 2014** |
15
| Defendant. | Time: **8:30 a.m.** |
| | Courtroom: **4** |
16
| | **Hon. Lawrence J. O'Neill** |

17
**TO:    THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE,**
18
**ASSISTANT UNITED STATES ATTORNEY BRIAN K. DELANEY:**

19
IT IS HEREBY STIPULATED by and between the parties hereto through their
20
respective counsel that the sentencing hearing in the above captioned matter now set for
21
Monday, December 22, 2014, at 8:30 a.m. be advanced to **Monday, December 1, 2014, at**
22
**8:30 a.m.** This request is made by both counsel with the intention of conserving time and
23
resources for both parties and the court.

24
///

25
///

26
///

27
///

28
///

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3  DATED:     November 26, 2014     By:   */s/ Anthony P. Capozzi*
                                          ANTHONY P. CAPOZZI
4                                          Attorney for Defendant JONATHEN LEYVA

5

6

7  DATED:     November 26, 2014     By:   */s/ Brian K. Delaney*
                                          BRIAN K. DELANEY
8                                          Assistant United States Attorney

9

10

11                                **ORDER**

12  Based upon the stipulation of the parties and good cause appearing therefor, it is hereby

13  ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case

14  be advanced from Monday, December 22, 2014, at 8:30 a.m. to Monday, December 1, 2014, at

15  8:30 a.m.

16  IT IS SO ORDERED.

17      Dated:   **November 26, 2014**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28